KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVSBN 0722)
Acting Chief, Criminal Division

EDWARD TORPOCO (CSBN 200653)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ANDRE BENARD, ) <br> ) <br>     Defendant. ) <br> _____ ) | No.: CR 05-00400 SI <br><br> STIPULATION AND [PROPOSED] <br> ORDER EXCLUDING TIME <br> FROM SPEEDY TRIAL CALCULATION |

      With the agreement of the parties, the Court enters this Order excluding the time period from August 19, 2005, through September 2, 2005 under the Speedy Trial Act, 18 U.S.C. § 3161. The parties agree, and the Court finds and holds, as follows:

    1.    The parties had their first appearance before the Court on August 19, 2005. Defense counsel, who was appointed that morning to represent the Defendant, stated that he required time to obtain and review discovery. The Court therefore excluded time based on the need for effective preparation of counsel and set a further status hearing date of 11:00 a.m. on September 2, 2005.

    2.    In light of the foregoing facts, the parties have stipulated and continue to stipulate that the failure to grant the requested continuance would unreasonably deny the Defendant effective preparation of counsel taking into account the exercise of due diligence, that the ends of

STIPULATION AND ORDER
CR 05-00400 SI

1  justice would be served by the Court excluding the proposed time period, that these ends
2  outweigh the best interest of the public and the Defendant in a speedy trial, and that the time
3  period from August 19, 2005 through September 2, 2005 shall be excluded from the Speedy Trial
4  Act calculation.  18 U.S.C. § 3161(h)(8)(A), (B)(iv).
5         SO STIPULATED.

7  DATED:__August 24, 2005_____         /S/ DAVID FERMINO_____
                                          DAVID FERMINO
8                                         Attorney for Defendant Andre Benard

10 DATED:__August 23 2005___             /S/ EDWARD TORPOO_____
                                          EDWARD TORPOCO
11                                        Assistant United States Attorney

12        In light of the foregoing facts, and with the consent of the parties, the Court hereby orders
13 that the period from August 19, 2005 through September 2, 2005 be excluded from the Speedy
14 Trial Act calculation under 18 U.S.C. § 3161(h)(8)(A), B(iv).
15        PURSUANT TO STIPULATION, IT IS SO ORDERED.

17 DATED:_____

GRANTED
Judge Susan Illston

STIPULATION AND ORDER
CR 05-00400 SI                          2