KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVSBN 0722)
Acting Chief, Criminal Division

EDWARD TORPOCO (CSBN 200653)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00400 SI |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | FROM SPEEDY TRIAL CALCULATION |
| ANDRE BENARD, ) | |
| Defendant. ) | |

      With the agreement of the parties, the Court enters this Order excluding the time period from September 2, 2005, through September 23, 2005 under the Speedy Trial Act, 18 U.S.C. § 3161. The parties agree, and the Court finds and holds, as follows:

      1.     The parties appeared before the Court on September 2, 2005, for a status hearing. Defense counsel, who was appointed that same morning to represent the Defendant due to a conflict declared by the Public Defender's Office, stated that he required time to review discovery. The Court therefore excluded time based on the need for effective preparation of counsel and set a further status hearing date of 11:00 a.m. on September 23, 2005.

      2.     In light of the foregoing facts, the parties have stipulated and continue to stipulate that the failure to grant the requested continuance would unreasonably deny the Defendant effective preparation of counsel taking into account the exercise of due diligence, that the ends of

STIPULATION AND ORDER
CR 05-00400 SI

1  justice would be served by the Court excluding the proposed time period, that these ends
2  outweigh the best interest of the public and the Defendant in a speedy trial, and that the time
3  period from September 2, 2005 through September 23, 2005 shall be excluded from the Speedy
4  Trial Act calculation. 18 U.S.C. § 3161(h)(8)(A), (B)(iv).
5      SO STIPULATED.

7  DATED:___September 7, 2005___     /S/ MARK GOLDROSEN_____
                                                   MARK GOLDROSEN
8                                                  Attorney for Defendant Andre Benard

10 DATED:_September 6, 2005_____     __/S/ EDWARD TORPOCO_____
                                                   EDWARD TORPOCO
11                                                 Assistant United States Attorney

12     In light of the foregoing facts, and with the consent of the parties, the Court hereby orders
13 that the period from September 2, 2005 through September 23, 2005 be excluded from the
14 Speedy Trial Act calculation under 18 U.S.C. § 3161(h)(8)(A), B(iv).

16     PURSUANT TO STIPULATION, IT IS SO ORDERED.

18 DATED:_____        _____
19                                          HON. SUSAN ILLSTON
                                            United States District Judge

[SEAL: GRANTED — Judge Susan Illston — United States District Court, Northern District of California]

28 STIPULATION AND ORDER
   CR 05-00400 SI                           2