```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVSBN 0722)
3  Acting Chief, Criminal Division

4  EDWARD TORPOCO (CSBN 200653)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7071
7       FAX: (415) 436-7234

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00400 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL CALCULATION |
| v. | |
| ANDRE BENARD, | |
| Defendant. | |

With the agreement of the parties, the Court enters this Order excluding the time period from September 23, 2005, through October 25, 2005 under the Speedy Trial Act, 18 U.S.C. § 3161. The parties agree, and the Court finds and holds, as follows:

1. The parties appeared before the Court on September 23, 2005, for a status hearing. Defense counsel requested that the firearm at issue in this case be tested for the presence of DNA. The United States agreed to submit the firearm for DNA testing on an expedited basis. Because this analysis will require several weeks to complete, at the request of both parties the Court excluded time based on the need for effective preparation of counsel and set a further status hearing date of October 25, 2005 at 11:00 a.m.

2. In light of the foregoing facts, the parties have stipulated and continue to stipulate that the failure to grant the requested continuance would unreasonably deny the Defendant

STIPULATION AND ORDER
CR 05-00400 SI

1 effective preparation of counsel taking into account the exercise of due diligence, that the ends of
2 justice would be served by the Court excluding the proposed time period, that these ends
3 outweigh the best interest of the public and the Defendant in a speedy trial, and that the time
4 period from September 23, 2005 through October 25, 2005 shall be excluded from the Speedy
5 Trial Act calculation. 18 U.S.C. § 3161(h)(8)(A), (B)(iv).
6  SO STIPULATED.

8 DATED: 9/29/05          /S/ Mark Goldrosen
                         MARK GOLDROSEN
9                         Attorney for Defendant Andre Benard

11 DATED: 9/29/05          /S/ Edward Torpoco
                          EDWARD TORPOCO
12                         Assistant United States Attorney

13  In light of the foregoing facts, and with the consent of the parties, the Court hereby orders
14 that the period from September 23, 2005 through October 25, 2005 be excluded from the Speedy
15 Trial Act calculation under 18 U.S.C. § 3161(h)(8)(A), B(iv).
16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18 DATED:_____          _____
19                                     HON. SUSAN ILLSTON
                                       United States District Judge

*[GRANTED stamp signed by Judge Susan Illston]*

STIPULATION AND ORDER
CR 05-00400 SI                          2