KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVSBN 0722)
Acting Chief, Criminal Division

EDWARD TORPOCO (CSBN 200653)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      Plaintiff,  )<br>          v.  )<br>ANDRE BENARD,  )<br>      Defendant.  )<br>_____ ) | No.: CR 05-00400 SI<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME<br>FROM SPEEDY TRIAL CALCULATION |

      With the agreement of the parties, the Court enters this Order excluding the time period from October 25, 2005, through December 1, 2005 under the Speedy Trial Act, 18 U.S.C. § 3161. The parties agree, and the Court finds and holds, as follows:

      1. The parties appeared before the Court on September 23, 2005, for a status hearing. Defense counsel requested that the firearm at issue in this case be tested for the presence of DNA. The United States agreed to submit the firearm for DNA testing on an expedited basis and did so during the first week of October after collecting saliva swabs from the Defendant (with his consent and the consent of defense counsel). According to the San Francisco Police Department Crime Lab, the DNA analysis will take between six and eight weeks to complete.

      2. Because the Defendant wishes to know the outcome of the DNA testing before proceeding further in this matter, the parties jointly request that the Court continue the status

STIPULATION AND ORDER
CR 05-00400 SI

hearing in this case from October 25, 2005, at 11:00 a.m. to December 1, 2005, at 11:00 a.m., the next calendar date that both the Court and all of the parties are available. The government anticipates, based on the estimate provided by the crime lab, that the DNA testing will have been completed by December 1st.

3. In light of the foregoing facts, the parties stipulate that the failure to grant the requested continuance would unreasonably deny the Defendant effective preparation of counsel taking into account the exercise of due diligence, that the ends of justice would be served by the Court excluding the proposed time period, that these ends outweigh the best interest of the public and the Defendant in a speedy trial, and that the time period from October 25, 2005 through December 1, 2005 shall be excluded from the Speedy Trial Act calculation. 18 U.S.C. § 3161(h)(8)(A), (B)(iv).

SO STIPULATED.

DATED:___October 24, 2005_____   __/S/ MARK GOLDROSEN_____
                                  MARK GOLDROSEN
                                  Attorney for Defendant Andre Benard

DATED:__ October 24, 2005___     _____/S/ EDWARD TORPOCO_____
                                  EDWARD TORPOCO
                                  Assistant United States Attorney

In light of the foregoing facts, and with the consent of the parties, the Court hereby orders that the period from October 25, 2005 through December 1, 2005 be excluded from the Speedy Trial Act calculation under 18 U.S.C. § 3161(h)(8)(A), B(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____            _____
                                    HON. SUSAN ILLSTON
                                    United States District Judge

*GRANTED* — Judge Susan Illston (signature stamp)

STIPULATION AND ORDER
CR 05-00400 SI                              2