KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVSBN 0722)
Acting Chief, Criminal Division

EDWARD TORPOCO (CSBN 200653)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRE BENARD, ) <br> ) <br> Defendant. ) | No.: CR 05-00400 SI <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL CALCULATION |

    With the agreement of the parties, the Court enters this Order excluding the time period from January 13, 2006 through February 10, 2006 under the Speedy Trial Act, 18 U.S.C. § 3161. The parties agree, and the Court finds and holds, as follows:

    1. The Defendant is in custody serving a pre-existing state sentence of imprisonment. The parties appeared before the Court on January 13, 2006, for a status hearing. The United States has provided the defense with a lab report on DNA testing of the firearm at issue in this case. Defense counsel requested time to consult with his own expert concerning the DNA test results, to obtain and review additional discovery materials relevant to the government's anticipated expert witness testimony concerning the DNA evidence, and to review certain materials obtained pursuant to defense subpoena.

\\

STIPULATION AND ORDER
CR 05-00400 SI

1     2. At the request of the parties, the Court set a further status hearing in this case for
2  February 10, 2006, at 11:00 a.m., and excluded the intervening time period from the Speedy Trial
3  Act calculation. This filing memorializes that exclusion of time.
4     3. The parties jointly request that the Court exclude the time period from January 13,
5  2006 through February 10, 2006 under the Speedy Trial Act. In light of the foregoing facts, the
6  parties stipulate that the failure to grant the requested continuance would unreasonably deny the
7  Defendant effective preparation of counsel taking into account the exercise of due diligence, that
8  the ends of justice would be served by the Court excluding the proposed time period, and that
9  these ends outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C.
10 § 3161(h)(8)(A), (B)(iv).
11     SO STIPULATED.

13 DATED:_January 17, 2006_____      __/S/ MARK GOLDROSEN_____
                                      MARK GOLDROSEN
14                                    Attorney for Defendant Andre Benard

16 DATED:_ January 13, 2006_____     ___/S/ EDWARD TORPOCO_____
                                      EDWARD TORPOCO
17                                    Assistant United States Attorney

18     In light of the foregoing facts, and with the consent of the parties, the Court hereby orders
19 that the period from January 13, 2006 through February 10, 2006 be excluded from the Speedy
20 Trial Act calculation under 18 U.S.C. § 3161(h)(8)(A), (B)(iv).

22     PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 DATED:_____          _____
                                      HON. SUSAN ILLSTON
25                                    United States District Judge

STIPULATION AND ORDER
CR 05-00400 SI                            2

*IT IS SO ORDERED / Judge Susan Illston / United States District Court Northern District of California* (seal)