FILED

JAN 1 3 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE BERNARD,<br><br>Defendant. | No. CR05-00400 SI<br><br>**ORDER RE: PRODUCTION OF POLICE OFFICER PERSONNEL FILES** |

On September 16, 2005, the Court issued an order directing the San Francisco Police Department ("SFPD") to produce the personnel records of Officer Tracey Boes for *in camera* review. SFPD subsequently delivered the documents to the Court. Having reviewed the documents, the Court ORDERS that SFPD produce the following records to the defendant:

1) Documents related to Office of Citizen Complaints ("OCC") Case ID No. 0205-00;

2) Documents related to OCC Case ID No. 0363-99;

3) Documents related to OCC Case ID No. 445-00;

4) Documents related to OCC Case ID No. 712-01; and

5) Documents related to Management Control Division Case No. A 145-97.

**IT IS SO ORDERED.**

Dated: 1/13/06

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

BENARD et al,

        Defendant.
_____/

Case Number: CR05-00400 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Torpoco
U.S. Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

Mark Stuart Goldrosen
Law Offices of Mark S. Goldrosen
139 Townsend Street
Suite 201
San Francisco, CA 94107

Dated: January 13, 2006

                                        Richard W. Wieking, Clerk
                                        By: Tracy Sutton, Deputy Clerk