# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN X 6 2006

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 05-00400-01 SI |
| Andre Benard ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ June 9, 2006 _____ be continued until _____ July 7, 2006 _____ at _____ 11:00 a.m. _____ .

Date: 6/6/06

Susan Illston
United States District Judge

NDC-PSR-009 12/06/04

# UNITED STATES DISTRICT COURT



**NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE**

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

June 5, 2006

The Honorable Susan Illston
United States District Judge
San Francisco, California

**RE:** **United States v. Andre Benard
Docket No. CR 05-0400-01-SI
REQUEST FOR CONTINUANCE**

Your Honor:

The above defendant is currently scheduled for Judgment and Sentencing on June 9, 2006 at 11:00 a.m. It is requested that the matter be continued to July 7, 2006 to give the probation officer more time to complete the presentence report. Defense attorney Mark Goldrosen and AUSA Dana Wagner were consulted and are in agreement with the continuance. If the Court concurs, an order for your signature is attached.

Thank you for your consideration in this matter.

Respectfully submitted,

Cheryl L. Simone
U.S. Probation Officer

cls